UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
UNITED STATES OF AMERICA          :
:
    -against-                     :          **ORDER**
:
:
Rafael Waller                     :          20cr006(JSR)
:          Docket #
------------------------------------x


Hon. Jed S. Rakoff, U.S.D.J._____, **DISTRICT JUDGE**:
        Judge's Name

The attorney assigned to this case

Jesse Siegel_____ is hereby ordered substituted
        Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to __Dawn Florio__, _retained_, ~~C.J.A.counsel on duty~~.
                        Attorney's Name

                                            SO ORDERED.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         3/20/20